## GOODWINE *v.* MALBIE, BY HIS NEXT FRIEND.

From the Fountain Circuit Court.

*G. Mc Williams* and *J Ristine,* for appellant.

*W. A. Tipton,* for appellee.

PERKINS, J.—This case involves the same facts, and stands upon the same grounds, as the case of *Goodwine* v. *Stephens,* 63 Ind. 112, at this term ; and upon the authority of that case the judgment herein is reversed.

Judgment reversed, with costs, and cause remanded for further proceedings.

## GOODWINE *v.* DUKES.

From the Fountain Circuit Court.

*G. Mc Williams* and *J. Ristine,* for appellant.

*W. A. Tipton,* for appellee.

PERKINS, J.—The questions presented for decision in this case are similar to those presented and decided in the case of *Goodwine* v. *Stephens,* 63 Ind. 112, at this term.

For the reasons there given this case must be reversed.

The judgment is reversed, with costs, and cause remanded, etc.

## GOODWINE *v.* SEALS.

From the Fountain Circuit Court.

*G. Mc Williams* and *J. Ristine,* for appellant.

*W. A. Tipton,* for appellee.

PERKINS, J.—This case presents the same questions as those decided in the case of *Goodwine* v. *Stephens,* 63 Ind. 112, at this term; and, for the reasons given in that case, the judgment below must be reversed.

The judgment below is reversed, with costs, and the cause remanded for further proceedings.

## THE FIRST NATIONAL BANK OF VINCENNES *v.* COCKRUM ET AL.

From the Gibson Circuit Court.

*W H. De Wolf* and *S. N. Chambers,* for appellant.

*C. Denby, D. B. Kumler, W. M. Land, A. Iglehart, J. E. Iglehart* and *H. A. Yeager,* for appellees.

PERKINS, J.—The following is the assignment of error in this case: "The court below erred in sustaining the motion of appellees and quashing the execution mentioned in the record."

The question presented on this appeal is the same as that decided in the case of *The Vincennes National Bank* v. *Cockrum, ante,* p. 229, at the term of this court.

On the authority of that case the judgment and the cause remanded.